**DAVID YEREMIAN & ASSOCIATES, INC.**
David Yeremian (SBN 226337)
david@yeremianlaw.com
Alvin B. Lindsay (SBN 220236)
alvin@yeremianlaw.com
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

Attorneys for Plaintiffs CHRISTOPHER WARD and LINDA QUINTEROS,
on behalf of themselves and others similarly situated

**MORGAN, LEWIS & BOCKIUS, LLP**
Barbara J. Miller (SBN 167223)
barbara.miller@morganlewis.com
Joel M. Purles (SBN 266208)
joel.purles@morganlewis.com
600 Anton Blvd., Suite 1800
Costa Mesa, California 92626
Telephone: (714) 830-0600
Facsimile: (701) 830-0700

Attorneys for Defendant GOLDEN STATE FC, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WARD and LINDA QUINTEROS, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMAZON, a business entity of unknown form; GOLDEN STATE FC, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 1:17-cv-01300-DAD-MJS<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT STIPULATION FOR ENTRY OF ORDER GRANTING PLAINTIFFS LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: August 1, 2017<br>Removed: September 28, 2017<br>Trial Date: None set. |

- 1 -
ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT

# **ORDER**

The Court has considered the Joint Stipulation for Entry of an Order Granting Plaintiffs Leave to File a First Amended Complaint ("Joint Stipulation"), filed by Plaintiffs CHRISTOPHER WARD and LINDA QUINTEROS ("Plaintiffs") and Defendant GOLDEN STATE FC, LLC ("Defendant") (collectively, "the parties") and the proposed First Amended Class Action Complaint in the form attached at **Exhibit A** to the Joint Stipulation.

With good cause appearing, and pursuant to the Joint Stipulation, the Court approves the Joint Stipulation and it is hereby ordered that:

1. Plaintiffs are granted leave to file their First Amended Complaint attached as **Exhibit A** to the Parties' Joint Stipulation;

2. Defendant will file its responsive pleading within 21 days of the filing of the First Amended Complaint.

IT IS SO ORDERED.

Dated: January 19, 2018         /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE